UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JESSE SANDERS,<br><br>                    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC. and FL TRANSPORTATION, INC.,<br><br>                    Defendants. | Civil Action No.: 20-cv-00449 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Jesse Sanders ("Plaintiff"), and Frito-Lay, Inc. and FL Transportation, Inc., ("Defendants"), by and through their respective undersigned counsel, hereby file this *Joint Stipulation of Dismissal with Prejudice,* and respectfully request that the Court dismiss the above-styled case with prejudice and each party to bear their own legal fees and costs. The Court shall retain jurisdiction of this case for forty-five (45) days from the date of the order of dismissal with prejudice only for purposes of enforcing the terms of the settlement agreement.

Respectfully submitted this 23rd day of May, 2022.

| | |
|---|---|
| LAW OFFICE OF DAVID S. CASS | FORD & HARRISON LLP |
| By: /s/*David S. Cass* <br> David S. Cass <br> RI Bar No. 5044 <br> One Davol Square, 4th Floor <br> Providence, RI 02903 <br> Telephone: (508) 889-2674 <br> Facsimile: (401) 272-2708 <br> E-mail: david@davidcasslaw.com | By: /s/*Nancy V. Holt* <br> Nancy V. Holt <br> RI Bar No. 7662 <br> 1300 19th Street, N.W., Suite 420 <br> Washington, DC 20036 <br> Telephone: (202) 719-2000 <br> Facsimile: (202) 719-2077 <br> E-mail: nholt@fordharrison.com |
| Attorneys for Plaintiff | Dawn Siler-Nixon, Esq. (*pro hac vice*) <br> 101 E. Kennedy Boulevard, Suite 900 <br> Tampa FL 33602 <br> dsiler-nixon@fordharrison.com <br><br> Jeffrey A. Shooman (*pro hac vice*) <br> 366 Madison Avenue, 7th Floor <br> New York, NY 10017 <br> jshooman@fordharrison.com <br><br> Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Nancy V. Holt*
Attorney for Defendants

WSACTIVELLP:12954724.1